IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

DARIUS LOUIS

Case No. 07-CR-165 LKK

ORDER GRANTING CONTINUANCE

ORDER

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties to continue the trial confirmation date from January 26, 2010 at 9:15 a.m. to February 2, 2010 at 9:15 a.m., in its entirety as its order.

IT IS SO ORDERED.

Dated: December 23, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

U.S. v. DARIUS LOUIS: Order Granting Continuance