IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 07-CR-165 LKK |
| v. | ORDER FOR ISSUANCE OF SUBPOENAS ON BEHALF OF INDIGENT DEFENDANT |
| DARIUS LOUIS | Trial Date: February 23, 2010 |

ORDER

After due consideration of the ex parte request of defendant Darius Louis the court finds that he is unable to pay the process costs and witness fees required for the procurement of witnesses necessary to afford him an adequate defense. Therefore,

IT IS HEREBY ORDERED THAT the United States Marshals serve subpoenas on the witnesses defendant Darius Louis intends to call in his defense in this case.

Dated: January 15, 2010

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT