UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DARIUS LOUIS,<br><br>　　　　　Defendant. | No.  CR. S-07-165 LKK<br><br><br>**ORDER** |

　　　On April 28, 2014, defendant Darius Louis filed a Notice of Request to Seal Documents. (ECF No. 292.) Defendant therein petitions the court to seal the entire case file, including the electronic docket. Defendant has lodged the documents required by Local Rule 141 with the court. The court now wishes to hear the government's view regarding the Request to Seal.

　　　The court notes that defendant did not file a proof of service with the Notice of Request. It is therefore unclear whether he has complied with Local Rule 141's requirement that "all Requests [to Seal], proposed orders, and submitted documents shall be served on all parties on or before the day they are submitted to the Court."

In light of the foregoing, the court hereby orders as follows:

[1] If defendant Darius Louis has not yet served the United State of America with the documents called for by Local Rule 141, defendant is DIRECTED to do so within forty-eight (48) hours of docketing of this order. Defendant should electronically file a proof of service immediately upon effecting service, or if he has already served the government, immediately upon receipt of this order.

[2] The United States of America is DIRECTED to file either an opposition to defendant's Request to Seal or a statement of non-opposition to the Request no later than ten (10) days after docketing of this order. The matter will then stand submitted.

IT IS SO ORDERED.

DATED: May 2, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT