UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>DARIUS LOUIS,<br><br>      Defendant. | No.  CR. S-07-165 LKK<br><br><br><br>**ORDER** |

Defendant Darius Louis asks this court to seal the case files in his criminal case "from non-party view and access." ECF No. 292. However, defendant has not shown that any "applicable law," see E.D. Cal. R. 141(a), requires or permits the court to seal the case from public view. Nor has he made a showing sufficient to overcome the "strong presumption in favor of access to court records." Migliaccio v. Allianz Life Insurance Company (In re Midland Nat. Life Ins. Co. Annuity Sales Practices Litigation), 686 F.3d 1115, 1119 (9th Cir. 2012).

This court recognizes the difficulties faced by formerly incarcerated persons – especially when they have already paid their debts to society, and shown a willingness and ability to

1  lead productive lives – when employers fire them, or refuse to
2  hire them, because of their criminal records.  Congress is free
3  to address this issue if it sees fit to do so.  However,
4  defendant has not shown that this court has the authority to
5  protect him from such consequences by the roundabout method of
6  denying employers access to his criminal record.
7       Defendant's Request To Seal Documents (see ECF No. 292), is
8  accordingly **DENIED**.
9       IT IS SO ORDERED.
10      DATED:  July 2, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2