UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  CR. S-07-165 LKK |
| Plaintiff, | |
| v. | **ORDER** |
| DARIUS LOUIS, | |
| Defendant. | |

The court recently denied the Request of defendant Darius Louis to seal the entire record of this criminal case. ECF No. 296. As for Louis's request to seal the Request itself, and associated documents (all of which were emailed to the court and not yet made a part of the docket), that request is **GRANTED**, notwithstanding the prior order.

Accordingly, pursuant to E.D. Cal. R. 141(e), the court now instructs the Clerk of the Court to file under seal the documents emailed to Chambers in support of the request, namely, the (1) Request To Seal Documents, (2) Declaration, and (3) proposed order.

////

IT IS SO ORDERED.

DATED:  July 8, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT